**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA JOHNSTOWN DIVISION**

**HECTOR YOVANI MASACHE MASACHE**
**A# 222 567 444**

**Petitioner,**
**v.**

**TODD BLANCHE,**
**Attorney General of the United States of America, and,**

**MARKWAYNE MULLIN**
**Secretary of the Department of Homeland Security, (DHS) and,**

**DAVID VENTURELLA**
**Acting Director,**
**United States Immigration and Customs Enforcement (ICE), and,**

**LEONARDO ODDO**
**Warden,**
**Moshannon Valley Processing Center,**

**Respondents.**

**Civil Action No. 3:26-cv-1875**

**Hon. J. Nicholas Ranjan**

**ORDER**

The Court has reviewed the Petitioner's motion for admission of attorney Alexandra Miron pro hac vice. Upon consideration of that motion, the Court GRANTS attorney Alexandra Miron pro hac vice admission to this Court. IT IS SO ORDERED.

Dated: September 28, 2026

s/ J. Nicholas Ranjan
United States District Judge